MUSSER v. LOON LAKE SHORES ASSOCIATION, INC.

Appeal from Oakland, Robert L. Templin, J. Submitted Division 2 February 7, 1969, at Lansing. (Docket No. 5,270.) Decided March 26, 1969. Leave to appeal granted September 12, 1969. See 382 Mich 782.

Complaint by Marshall L. Musser, Phyllis I. Musser, Thomas V. Burgess and Merla J. Burgess against the Loon Lake Shores Association, Inc., a nonprofit corporation, Dale O. Hargraves, Gerald Davis, and Beverly Lawton, to restrain Loon Lake Shores Association, Inc., from constructing a bridge. The trial court dissolved plaintiff's temporary restraining order and entered a permanent injunctive order prohibiting plaintiffs from further interference with the construction of a bridge. Plaintiffs appeal. Affirmed.

*Kinney & Mulligan,* for plaintiffs.

*Eugene K. Pool,* for defendant.

BEFORE: QUINN, P. J., and McGREGOR and V. J. BRENNAN, JJ.

PER CURIAM. Plaintiffs appealed the trial court's order dissolving their temporary restraining order and entering a permanent injunctive order prohibiting them from further interference with the con-

struction of a certain bridge being built for the general enjoyment and use of all of the property owners of the Loon Shores Subdivision, Waterford Township, Oakland County, Michigan.

The trial court made several findings of fact, all of which are supported by the record, and which support the order appealed from. Had this court sat and heard all the testimony and weighed the evidence, we would not have reached a different conclusion than did the trial court.

Affirmed. Costs to appellees.